## Nona Mable White, Plaintiff in Error, v. Steve Golleas and Anastasia Golleas, Defendants in Error.

### Gen. No. 43,472.

Heard in the second division, first district, this court at the April term, 1945; opinion filed December 18, 1945; released for publication January 2, 1946. Ritsos & Ritsos, for plaintiff in error; Zack Ritsos and G. A. Bosomburg, of counsel; John D. Vosnos, for defendants in error. Opinion by JUSTICE SCANLAN. **Not to be published in full.**